# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Landmark American Insurance Company

*Plaintiff(s)*

v.

Innovative Insurance Solutions LLC, et al.

*Defendant(s)*

Civil Action No. 1:22-cv-46

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: Default judgment entered in Plaintiff's favor. Plaintiff is not obligated to either indemnify or defend Defendants in the Underlying Action (Case No. CC-24-2020-C-136, in the Circuit Court of Marion County, West Virginia) because of the applicable policy exclusions. Plaintiff shall not be awarded costs, expenses, and attorney's fees. This action is dismissed with prejudice and stricken from the Court's active docket.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Thomas S. Kleeh

Date: 5/8/2023

*CLERK OF COURT*
Cheryl Dean Riley
J. Barr

*Signature of Clerk or Deputy Clerk*